IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ALOIS ADAMSKI,

    Petitioner,

  v.                                        Case No. 19-cv-782-bbc

REED A. RICHARDSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Paul Alois Adamski's petition for a writ of habeas corpus and dismissing this case.

/s/                                            October 19, 2021
Peter Oppeneer, Clerk of Court                Date