Paul A. Adamski #549153
Stanley Correctional Institution
100 Corrections Drive
Stanley, Wisconsin
54768-6500

Office of the Clerk
United States District Court
120 North Henry Street, Room 320
Madison, WI 53703

Re: Intent to appeal denial of COA
Ref: Adamski v. Richardson, 19-CV-782-bbc

Dear Clerk,

Please know by this letter that I would like to appeal the denial of a COA in Adamski v. Richardson, 19-CV-782-bbc. I do not know the process for this. Please let this serve as my notice.

Respectfully Submitted

Paul A. Adamski

November 1, 2021
Date

cc: file

—1—